**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**AUG 1 8 2021**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CRIMINAL NO. 21-30124-SPM |
| KENNETH ROGERS, ) | Title 18, United States Code Sections 2251(a) and (e); and Title 18, United States Code Section 2252A(a)(2)(B) |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### Production of Child Pornography

Between June 1, 2017 and August 31, 2017, in St. Clair County, within the Southern District of Illinois,

**KENNETH ROGERS**

defendant herein, did knowingly employ, use, persuade, induce, entice, or coerce Minor Victim 1, a person who was under the age of 18 years, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2)(A)(i), for the purpose of producing a visual depiction of such conduct, that being videos, and the visual depiction had been produced using materials that had been mailed, shipped, or transported in and affecting interstate and foreign commerce by any means, including by cellular phone, and that such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate of foreign commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e).

### COUNT 2
### Distribution of Child Pornography

Between October 24, 2019 and October 31, 2019, in St. Clair County, within the Southern District of Illinois,

**KENNETH ROGERS**

defendant herein did knowingly distribute child pornography, that is, visual depictions of minors, including Minor Victim 1, engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(8)(A). The child pornography that the defendant knowingly distributed had been shipped and transported in and affecting interstate and foreign commerce using a means and facility of interstate and foreign commerce – namely, a cellular phone connected to the internet. All in violation of Title 18, United States Code, Section 2252A(a)(2)(B).

**A TRUE BILL**

CHRISTOPHER R. HOELL
Assistant United States Attorney

Digitally signed by STEVEN WEINHOEFT
Date: 2021.08.17 21:24:44 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: DETENTION